IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| EDGAR J. BARRIENTOS, #1907591 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:16cv523 |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

**O R D E R**

The above-entitled and numbered civil action was referred to United States Magistrate Judge Christine A. Nowak. The Magistrate Judge issued an Initial Report and Recommendation (Dkt. #14), which contains proposed findings of fact and recommendations for the disposition of Petitioner's motion for judgment (Dkt. #13). No objections were filed. The Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court. It is therefore

**ORDERED** that Petitioner's motion for judgment (Dkt. #13) is **DENIED**.

**SIGNED this 4th day of January, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE