IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| EDGAR J. BARRIENTOS, #1907591 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:16cv523 |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION CONCERNING PETITIONER'S WRIT OF MANDAMUS

The above-entitled and numbered civil action was referred to United States Magistrate Judge Christine A. Nowak. The Magistrate Judge issued a Report and Recommendation (Dkt. #24), which contains proposed findings of fact and recommendations for the disposition of Petitioner's writ of mandamus (Dkt. #23). No objections were filed. The Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court. It is therefore

**ORDERED** that Petitioner's writ of mandamus (Dkt. #23) is **DENIED** for lack of jurisdiction.

**SIGNED this 30th day of October, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE